AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 05, 2026

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| CODY C., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:25-CV-00177-MKD |
| | ) | |
| | ) | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Plaintiff's Brief (ECF No. 10) is GRANTED.
Defendant's Brief  (ECF No. 18) is DENIED.
JUDGMENT entered in favor of Plaintiff REVERSING and REMANDING the matter to the Commissioner of Social Security.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge    MARY K. DIMKE

Date:  5/5/2026                                      *CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*